# EXHIBIT 3



Erin Houpt <erin@dreamyachtcharter.com>

## Yacht Vendor Wire Instructions

**Reggie Cummings** <reggiecummings@gmail.com>  Fri, Jun 21, 2019 at 12:39 AM
To: Jesse Russell <jerussell@inccomservices.com>
Cc: Erin Houpt <Erin@dreamyachtcharter.com>

Hi Jesse,

Per our discussion today, once the funds are cleared and available, please wire $518,290 to Dream Yacht Charters per the attached wire instructions.
Please put **BYW 2019** in the wire memo field.

Please mail a copy of the wire instructions to Erin Houpt at erin@dreamyachtcharter.com
I have copied Erin on this email. Please **reply all and attach the wire receipt.**

I have also given her your email and phone contact.
If you need to reach her for any reason here is her contact information:

Dream Yacht Charter
7080 Bembe Beach Road, Suite 211
Annapolis | MD 21403
866-469-0912  |  Toll Free
410-268-2140  |  Office
443-994-2865  |  Mobile
866-847-8635  |  Fax
www.DreamYachtCharter.com


**DYC Wire Instructions.doc**
25K