# EXHIBIT 5



**Erin Houpt <erin@dreamyachtcharter.com>**

## Yacht Vendor Wire Instructions

**Jesse Russell** <jerussell@inccomservices.com>                    Sat, Jun 22, 2019 at 11:34 AM
To: Erin Houpt <erin@dreamyachtcharter.com>
Cc: Reggie Cummings <reggiecummings@gmail.com>

Hi Erin,


As per our discussion yesterday, I am Reggie Cummings business partner and he has provided me with your bank wiring information, such that, I can wire your payment directly into your bank account; once the funds have posted into our company's bank account.  Please find attached a copy of a Proof Of Funds letter that has been provided to us by my bank as proof that we have the funds to make your payment. We are very confident that our funds will post into our Wells Fargo Bank account early next week as we discuss yesterday.


Thanks for your patience in this matter and If you have any questions; please call me directly on mobile number.


Best Regards,


Jesse


Jesse E. Russell

Chairman & CEO

incCOMUNICATIONS Services, Inc.

200 Cottontail Lane Suite B203W

Somerset, New Jersey 08873

Office: 732-809-7820

Mobile: 732-690-5604

Fax: 877-817-8088

Text Enabled

[Quoted text hidden]

**Beware! Wire fraud is on the rise.**

Accepting to execute wire transfer, disbursement instructions or to change bank reference based only on email is dangerous. Please verify by calling the originator of the email using previously known contact information prior to sending funds.

---



**Bank_Of_Ghana_Proof_of_Funds_Letter.pdf**
1094K



**Corporate Headquarters**
Fidelity Bank Ghana Limited
1st to 4th Floor,Ridge Towers
Ambassadorial Enclave Ridge,
Accra-Ghana
www.fidelitybank.com.gh

Date: 23/04/2019

Attn: Mr. Jesse Russell
(C.E.O./CHAIRMAN I.C.S.GH LTD)

## RE: PROOF OF FIC FUNDS LETTER FOR LOAN REPAYMENT

To: Whom It May Concern,

The Fidelity Bank Ghana Limited hereby, confirm, with full Banking responsibility and authority, that our customer Mr. Jesse Russell President/CEO of INCCOMMUNICATIONS SERVICES will have the financial funds to meet the repayment financial obligations for any legally recognized United States Business Loan in the amount $2,000,000.00 U.S. Dollar; once the United States Department of Treasury has credited the total amount of Mr. Jesse Russell President/CEO of INCCOMMUNICATIONS SERVICES funds into his nominated account in the Wells Fargo Bank Account number ( REDACTED ).

**Bank Name: WELLS FARGO BANK, NA,9ADD; 420 MONTGOMERY SAN FRANCISCO, CA 94104**

**Swift Code:** REDACTED

**Account No:** REDACTED

**Account Name: incCOMMUNICATIONS SERVICES, Inc.**

**Beneficiary Address: 200 COTTOMTAIL LANE, Suite B203W Somerset, NJ 08873**

This proof of FIC funds letter shall serve as an indication that Mr. Jesse Russell President/CEO of INCCOMMUNICATIONS SERVICES has the appropriate funds to meet the repayment financial obligations for any legally recognized United States Business Loan in the amount $2,000,000.00 U.S. to any lender of the nominated amount up to $2,000,000.00 U.S. Dollar.

Your regards

JOSEPH YEBOAH TAKYI
Head Compliance
Fidelity Bank Ghana Limited.